1  ERICA K. ROCUSH, CA Bar No. 262354
   erica.rocush@ogletreedeakins.com
2  CAROLYN B. HALL, CA Bar No. 212311
   carolyn.hall@ogletreedeakins.com
3  TIMOTHY L. REED, CA Bar No. 258034
   timothy.reed@ogletreedeakins.com
4  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
5  One Market Plaza
   San Francisco, CA  94105
6  Telephone:     415.442.4810
   Facsimile:     415.442.4870
7
   Attorneys for Defendants
8  CROSSMARK, INC. and CHI MANAGEMENT GROUP, LP

9  ERIC A. GROVER, CA Bar No. 136080
   eagrover@kellergrover.com
10 ROBERT W. SPENCER, CA Bar No. 238491
   rspencer@kellergrover.com
11 KELLER GROVER LLP
   1965 Marker Street
12 San Francisco, CA  94103
   Telephone:     415.543.1305
13 Facsimile:     415.543.7861

14 Attorneys for Plaintiffs
   CLAY TRIPP AND KAREN SOLBERG
15

16             **IN THE UNITED STATES DISTRICT COURT**

17            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18                       **SAN FRANCISCO DIVISION**

19

| 20 | CLAY TRIPP and KAREN SOLBERG, on behalf of themselves and all others similarly situated, and all aggrieved employees | Case No. 3:13-cv-03480-WHO |
|---|---|---|
| 21 | | **ORDER APPROVING STIPULATION TO STAY CASE PENDING MEDIATION AND POSSIBLE CONSOLIDATION BY JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION** |
| 22 | Plaintiff, | |
| 23 | vs. | |
| 24 | CROSSMARK, INC., CHI MANAGEMENT GROUP, LP, and DOES 1 through 10, inclusive | |
| 25 | | |
| 26 | Defendant. | Action Filed:    June 4, 2013<br>Action Removed:  July 26, 2013 |

27

28

1  Having reviewed the Stipulation to Stay Case Pending Mediation and Possible Consolidation by Judicial Panel on Multi-District Litigation ("Stipulation") which was entered into by and between Plaintiffs Clay Tripp and Karen Solberg and Defendants CROSSMARK, INC. and CHI MANAGEMENT GROUP, LP, and for good cause shown, the parties' Stipulation is GRANTED.

IT IS HEREBY ORDERED that all dates related to the class certification motion and the pretrial and trial schedule set forth in the Amended Civil Pretrial Order (Docket No. 28) are vacated.

IT IS ALSO HEREBY ORDERED that a further case management conference is set for July 17, 2014 at 10:30 a.m.  The parties must file an updated joint case management statement at least one week prior to the conference.

DATED:  April 11, 2014

_____
UNITED STATES DISTRICT JUDGE