| | |
|---|---|
| 1 | Lara C. de Leon, CA Bar No. 270252 |
| | lara.deleon@ogletreedeakins.com |
| 2 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | Park Tower, Suite 1500 |
| 3 | 695  Town Center Drive |
| | Costa Mesa, CA  92626 |
| 4 | Telephone:      714.800.7900 |
| | Facsimile:       714.754.1298 |
| 5 | |
| | Carolyn B. Hall, CA Bar No. 212311 |
| 6 | carolyn.hall@ogletreedeakins.com |
| | Timothy L. Reed, CA Bar No. 258034 |
| 7 | timothy.reed@ogletreedeakins.com |
| | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 8 | Steuart Tower, Suite 1300 |
| | One Market Plaza |
| 9 | San Francisco, CA  94105 |
| | Telephone:      415.442.4810 |
| 10 | Facsimile:       415.442.4870 |
| 11 | Attorneys for Defendants |
| | CROSSMARK, INC. and CHI MANAGEMENT GROUP, LP |
| 12 | |
| | Eric A. Grover, CA Bar No. 136080 |
| 13 | eagrover@kellergrover.com |
| | Robert W. Spencer, CA Bar No. 238491 |
| 14 | rspencer@kellergrover.com |
| | KELLER GROVER LLP |
| 15 | 1965 Marker Street |
| | San Francisco, CA  94103 |
| 16 | Telephone:      415.543.1305 |
| | Facsimile:       415.543.7861 |
| 17 | |
| | Attorneys for Plaintiffs |
| 18 | CLAY TRIPP AND KAREN SOLBERG |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| CLAY TRIPP and KAREN SOLBERG, on behalf of themselves and all others similarly situated, and all aggrieved employees<br><br>Plaintiff,<br><br>vs.<br><br>CROSSMARK, INC., CHI MANAGEMENT GROUP, LP, and DOES 1 through 10, inclusive<br><br>Defendant. | Case No. 3:13-cv-03480-WHO<br><br>**ORDER TO STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><br><br>Action Filed:         June 4, 2013<br>Action Removed:    July 26, 2013 |

Case No. 3:13-cv-03480-WHO

ORDER TO STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

For good cause appearing the Court orders that:

1. The Case Management Conference is continued until **August 19, 2014** at 2 p.m. A Joint Case Management Statement shall be filed by August 12, 2014 that addresses, among other things, whether the mediation was successful, whether the parties plan to consolidate this action with the one pending in the Central District of California or to otherwise transfer the case to the Central District of California, and, unless the case has settled, what firm case scheduling dates the parties propose in the event the case remains in this Court.

DATED: June 9, 2014

_____
UNITED STATES DISTRICT COURT JUDGE