1
2
3
4
5
6
7
8
9
10

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| CLAY TRIPP and KAREN SOLBERG, on behalf of themselves and all others similarly situated, and all aggrieved employees<br><br>Plaintiff,<br><br>vs.<br><br>CROSSMARK, INC., CHI MANAGEMENT GROUP, LP, and DOES 1 through 10, inclusive<br><br>Defendant. | Case No. 3:13-cv-03480-WHO<br><br>**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:    June 4, 2013<br>Action Removed:  July 26, 2013 |
|---|---|

1 Good cause appearing therefore, the Court herby orders that the case management
2 conference scheduled for November 18, 2014 at 2:00 p.m. is continued to December 16, 2014 at
3 2:00 p.m.

4 **IT IS SO ORDERED.**

5

6 Dated: November 18, 2014

7 Hon. William H. Orrick
United States District Court Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28