UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

CLAY TRIPP, et al.,
Plaintiffs,

v.

CROSSMARK, INC., et al.,
Defendants.

Case No. 13-cv-03480-WHO

**JUDGMENT AND ORDER GRANTING FINAL APPROVAL OF CLASS ACTION**

Having granted preliminary approval of class action settlement on January 26, 2015, directed notice of the proposed settlement to all Settlement Class Members, having read and considered Plaintiffs' Motion for Final Approval of Settlement and Plaintiffs' Motion for Award of Reasonable Attorneys' Fees, Costs and Litigation Expenses, Claims Administration Fees and Service Award/General Release Payments, and all supporting papers, considered the argument of counsel at the fairness hearing, and with GOOD CAUSE APPEARING, I now ORDER, ADJUDGE, AND DECREE THAT:

1. The notice of settlement, which was mailed to all Settlement Class Members as previously ordered by the Court, described the terms of the proposed settlement, provided the date of the fairness hearing, the manner in which Class Members could object to or participate in the settlement, and the manner in which Class Members could opt out of the class. The Court finds that it was the best notice practicable under the circumstances and complied fully with Federal Rule of Civil Procedure 23(c)(2)(B) and 23(e)(1), due process and all other applicable laws. The Court further finds that a full and fair opportunity has been afforded to all Settlement Class Members to participate in the proceedings convened to determine whether the proposed Settlement should be given final approval. No

United States District Court
Northern District of California

objection was filed to the settlement and three Settlement Class Members opted out of the Settlement. Accordingly, the Court hereby determines that all Settlement Class Members other than the three opt-outs, Barbara Martin, Diane Bechtold and Kim Overbeck, are bound by this Judgment and Final Order.

2. The settlement is fair, reasonable, and adequate in all respects, and is the product of good faith, arm's length negotiations between the parties, and fully complies with all applicable provisions of law. Accordingly, the Court finally and unconditionally approves the Settlement, and specifically:

a. Approves the Gross Settlement Amount of $1,400,000, plus the employer's share of payroll taxes, as fair, reasonable, and adequate. Within the deadline set forth in the Settlement Agreement and Release ("Settlement Agreement"), Defendants shall deposit with the Claims Administrator the amount required to fund all payments required by this Judgment and Final Order;

b. Approves that $15,000 of the Gross Settlement Amount be allocated to resolve PAGA claims, and that under Labor Code section 2699(i), 75% of that amount, or $11,250, be paid to the California Labor and Workforce Development Agency;

c. Approves that $8,000 each be paid to the named Plaintiffs and Settlement Class Representatives Tripp and Solberg and $5,000 to named Plaintiff and Settlement Class Representative Smith in exchange for each providing Defendants with a general release of claims and as a service award, which is justified by the time and effort expended by each of the named Plaintiffs on behalf of the Settlement Class and the risk each assumed in bringing this action. These amounts shall be paid according to the terms of the Settlement Agreement;

d. Approves Class Counsel's attorneys' fee request of $350,000, which represents less than Class Counsel's actual lodestar, as fair and reasonable.

United States District Court
Northern District of California

Class Counsel's attorneys' fees shall be paid according to the terms of the Settlement Agreement;

e. Approves Class Counsels' request for reimbursement of litigation expenses of up to $18,566.80, which shall be paid according to the terms of the Settlement Agreement;

f. Approves payment to CPT Group, the Claims Administrator, of $50,000 as costs and expenses of settlement administration. The requested payment is reasonable and shall be paid according to the terms of the Settlement Agreement;

g. Approves distribution of any funds represented by uncashed settlement checks to any later discovered Settlement Class Members or Settlement Class Members who submit late but otherwise valid clams. If there are no such recipients or if any funds remain, all remaining amounts shall be paid to the California Department of Industrial Relations Labor Code § 96.7 Unpaid Wage Fund; and

h. Approves as timely any otherwise valid claims postmarked no later than June 17, 2015 and the payment from the Net Settlement Fund of amounts determined by the Claims Administrator to be due to Settlement Class Members who are determined to be Authorized Claimants in the time and manner specified in the Settlement Agreement.

3. This Judgment and Final Order shall have a res judicata effect and bar each named Plaintiff and each Settlement Class Member (except those identified in Exhibit A) from bringing any action asserting any Released Claims against any of the Released Parties.

4. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and this Judgment and Final Order.

5. The Clerk of the Court shall enter Judgment in accordance with this Judgment and Final Order.

6. This action shall be **DISMISSED WITH PREJUDICE.**

7. The consolidated action *Smith v. Crossmark, Inc.*, Case No. 3:14-cv-04461 WHO, shall be **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated: June 18, 2015

THE HONORABLE WILLIAM H. ORRICK
United States Court District Judge

United States District Court
Northern District of California